## Philo Parsons and Others vs. John Copland.

The entry of a special motion for leave to amend, must show in what particular an amendment is desired. And a copy of the proposed amendment, with notice of the motion, should be served on the opposite party.

Heard May 27th.

Error to Wayne Circuit.

PARSONS *vs.* COPLAND.

*A. Russell* moved leave to amend the assignment of errors in this cause. The motion, as entered, was "for leave to amend the assignment of errors, by adding thereto an allegation of another special ground of error in the record in said cause."

*C. O'Flynn*, for defendant in error, objected, that the entry of motion should show in what particular an amendment was desired; and, also, that notice of the motion should have been served, together with a copy of the proposed amendment.

The COURT so held; and the motion was withdrawn.